No. 478. AMALGAMATED FOOD EMPLOYEES UNION LOCAL 590 ET AL. *v.* LOGAN VALLEY PLAZA, INC., ET AL. Sup. Ct. Pa. Certiorari granted. *Lester Asher* and *Bernard Dunau* for petitioners. *Robert Lewis* for respondents.

No. 363. UNITED STATES ET AL. *v.* SOUTHWESTERN CABLE CO. ET AL.; and

No. 428. MIDWEST TELEVISION, INC., ET AL. *v.* SOUTHWESTERN CABLE CO. ET AL. C. A. 9th Cir. Certiorari granted. Cases are consolidated and two hours are allotted for oral argument. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. *Solicitor General Marshall, Assistant Attorney General Turner, Ralph S. Spritzer, Howard E. Shapiro, Henry Geller* and *Daniel R. Ohlbaum* for the United States et al. in No. 363. *Ernest W. Jennes* and *Charles A. Miller* for petitioners in No. 428. *Morton H. Wilner, Arthur Scheiner* and *Harold F. Reis* for Southwestern Cable Co., and *Frank U. Fletcher, Robert L. Heald* and *Edward F. Kenehan* for Mission Cable TV, Inc., et al., respondents in both cases. Reported below: 378 F. 2d 118.

No. 486. STERN *v.* SOUTH CHESTER TUBE CO. C. A. 3d Cir. Certiorari granted. *David Freeman* and *Richard H. Wels* for petitioner. *Richard P. Brown, Jr.,* and *Ralph Earle II* for respondent.